IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WILLIE LEE GRIER, SR.,<br><br>              Plaintiff<br><br>   VS.<br><br>OFFICER CATO,<br><br>              Defendant | NO. 5:07-CV-365 (CAR)<br><br>**PROCEEDINGS UNDER 42 U.S.C. §1983<br>BEFORE THE U. S. MAGISTRATE JUDGE** |

## RECOMMENDATION OF DISMISSAL

On May 9, 2008, the undersigned issued an ORDER directing plaintiff WILLIE LEE GRIER to SHOW CAUSE why his case should not be dismissed for his failure to comply with a court order and keep the court apprised of any change in his address. Tab #28. That order contained a warning that a failure to respond would result in a recommendation of dismissal and was mailed to plaintiff Grier at the last address he provided the court. The order was returned to the court as undeliverable on May 19, 2008. Tab #29.

Accordingly, IT IS RECOMMENDED that this action be **DISMISSED** *with prejudice* for the plaintiff's failure to prosecute his case and comply with a court order. Pursuant to 28 U.S.C. §636(b)(1), the parties may serve and file written objections to this RECOMMENDATION with the district judge to whom this case is assigned **WITHIN TEN (10) DAYS** after being served with a copy thereof.

The Clerk is directed to forward a copy of this Recommendation to plaintiff at the LAST ADDRESS provided by him.

SO RECOMMENDED this 30th day of JUNE, 2008.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE