THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **WILLIE LEE GRIER, SR.,** | : | |
| | : | |
| Plaintiff, | : | Case No.: 5:07-cv-365 (CAR) |
| | : | |
| v. | : | |
| | : | |
| **OFFICER CATO,** | : | |
| | : | |
| Defendants. | : | |

***ORDER ON THE UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION***

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 31] that this case be dismissed with prejudice. Plaintiff has filed no objection to the Recommendation. Having considered the matter, the Court agrees with the Recommendation. Accordingly, the Recommendation is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**.

**SO ORDERED**, this 5th day of August, 2008.

                                             S/ C. Ashley Royal
                                             C. ASHLEY ROYAL
                                             UNITED STATES DISTRICT JUDGE

chw